```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/16/21
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
Alberto Bautista Gonzalez,                                        :
:
　　　　　　　　　Plaintiff,                              :           20-cv-9702 (AJN)
:
　　　　-v-                                               :           ORDER
:
Antillana 167 Fruits & Vegetables, Inc., et al.,                  :
:
　　　　　　　　　Defendants.                            :
:
------------------------------------------------------------------X

ALISON J. NATHAN, United States District Judge:

　　　　As stated in Dkt. No. 10, the parties were to have submitted a joint letter at least seven days prior to the initial pretrial conference. While the Court has received the parties' proposed case management plan, Dkt. No. 19, it has not received the joint letter. The parties are ORDERED to submit the joint letter by March 17, 2021.

　　　　**Per Dkt. No. 18, in the joint letter, the parties should <u>advise the Court if they can do without a conference altogether</u>**. If so, the Court may enter the parties' case management plan and scheduling order and the parties need not appear. If not, the Court will hold the initial pretrial conference by telephone. The parties and members of the public may access the proceeding by dialing (888) 363-4749 and entering access code 9196964. In either case, counsel should review and comply with the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://www.nysd.uscourts.gov/hon-alison-j-nathan.

　　　　SO ORDERED.

　　Dated: March 16, 2021
　　　　　New York, New York
　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　ALISON J. NATHAN
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge