UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/2/21
```

Alberto Bautista Gonzalez, *individually and on behalf of others similarly situated*,

      Plaintiff,

     –v–

Antillana 167 Fruits & Vegetables, Inc., et al.,

      Defendants.

20-cv-9702 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

  In light of the mediation conference scheduled in this case for August 18, 2021, the post-discovery conference is hereby ADJOURNED to September 3, 2021, at 3:00 p.m.

  SO ORDERED.

Dated: August 2, 2021
   New York, New York

                _____
                 ALISON J. NATHAN
                United States District Judge