UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
ALBERTO BAUTISTA GONZALEZ, individually
and on behalf of others similarly situated,

                   *Plaintiff,*

-against-

ANTILLANA 167 FRUITS & VEGETABLES,
INC. (D/B/A ANTILLANA 167 FRUITS &
WGETABLES), ANTONIO R. CABRAL, and
MARY CABRAL

                   *Defendants.*

--------------------------------------------------------X

**Case** 1:20-CV-09702-AJN

**PLAINTIFF'S NOTICE OF
ACCEPTANCE OF OFFER OF
JUDGMENT**

TO:    **Joey Tsai, Esq.**
       **Tsai PLLC**
       **535 5th Ave., 4th Fl.**
       **New York, NY 10017**
       **646-829-9001**
       **Fax: 646-829-9002**
       **Email: jtsai@tsaipllc.com**

     PLEASE TAKE NOTICE that Plaintiff ALBERTO BAUTISTA GONZALEZ hereby accepts
the offer of judgment made by ANTILLANA 167 FRUITS & VEGETABLES, INC. (D/B/A
ANTILLANA 167 FRUITS & VEGETABLES), ANTONIO R. CABRAL, and MARY CABRAL pursuant
to Rule 68 of the Federal Rules of Civil Procedure, dated September 24, 2021. A true copy of the
offer of judgment is annexed hereto as Exhibit A.

Dated: New York, New York
       September 29, 2021

                    Respectfully submitted,

                    /s/ Michael Faillace
                    Michael Faillace, Esq.
                    Michael Faillace & Associates, PC
                    60 East 42nd Street, Suite 4510
                    New York, NY 10165
                    Michael@FaillaceLaw.com
                    212-317-1200