UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ALBERTO BAUTISTA GONZALEZ, individually
and on behalf of others similarly situated,

                        *Plaintiff*,

-against-

ANTILLANA 167 FRUITS & VEGETABLES,
INC. (D/B/A ANTILLANA 167 FRUITS &
WGETABLES), ANTONIO R. CABRAL, and
MARY CABRAL

                        *Defendants.*
------------------------------------------------------------X

**Case** 1:20-CV-09702-AJN

**PLAINTIFF'S NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT**

TO:    Joey Tsai, Esq.
          Tsai PLLC
          535 5th Ave., 4th Fl.
          New York, NY 10017
          646-829-9001
          Fax: 646-829-9002
          Email: jtsai@tsaipllc.com

      PLEASE TAKE NOTICE that Plaintiff ALBERTO BAUTISTA GONZALEZ hereby accepts the offer of judgment made by ANTILLANA 167 FRUITS & VEGETABLES, INC. (D/B/A ANTILLANA 167 FRUITS & VEGETABLES), ANTONIO R. CABRAL, and MARY CABRAL pursuant to Rule 68 of the Federal Rules of Civil Procedure, dated September 24, 2021. A true copy of the offer of judgment is annexed hereto as Exhibit A.

Dated: New York, New York
September 30, 2021

                                                          Respectfully submitted,

                                                          Michael Faillace, Esq.
                                                          Michael Faillace & Associates, PC
                                                          60 East 42nd Street, Suite 4510
                                                          New York, NY 10165
                                                          Michael@FaillaceLaw.com
                                                          212-317-1200