```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/1/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
ALBERTO BAUTISTA GONZALEZ, individual
and on behalf of others similarly situated,

                     *Plaintiff*,

        -against-

ANTILLANA 167 FRUITS & VEGETABLES,
INC. (D/B/A ANTILLANA 167 FRUITS &
WGETABLES), ANTONIO R. CABRAL, and
MARY CABRAL,

                     *Defendants*.
----------------------------------------------------------X

Case 1:20-CV-09702-AJN

**JUDGMENT**

On September 30, 2021 Plaintiff filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That the Plaintiff ALBERTO BAUTISTA GONZALEZ, have judgment against Defendants ANTILLANA 167 FRUITS & VEGETABLES, INC. (D/B/A ANTILLANA 167 FRUITS & WGETABLES), ANTONIO R. CABRAL, and MARY CABRAL (collectively "Defendants"), jointly and severally, in the amount of $12,000.00, (Twelve Thousand Dollars and Zero Cents) which is inclusive of interest, attorneys' fees and costs.

.

Dated: October 1, 2021        SO ORDERED,

*[Signature: Alison J. Nathan]*